# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BRUSH,<br><br>          Plaintiff,<br><br>    v.<br><br>JAMES YATES, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:08-cv-01006-SMS PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 1) |

      Plaintiff Gary Brush ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendants Herrera, Tucker, Scott, Cano, Yates, Greene, Huckabay, Rangel, and Amezcua ("Defendants") removed this action from Fresno County Superior Court on July 15, 2008. 28 U.S.C. § 1441(b). Defendants request to be relieved of their obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c). Defendants seek a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order

      Defendants' request is HEREBY GRANTED, and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

**Dated:   July 17, 2008**                    /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE