# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BRUSH, | CASE NO. 1:08-cv-01006-OWW-SMS PC |
|         Plaintiff, | ORDER STRIKING UNSIGNED FILING |
|   v. | (Doc. 7) |
| JAMES YATES, et al., | |
|         Defendants. | |

On August 5, 2008, Plaintiff filed an unsigned motion to remand and opposition to Defendants' motion for an extension of time.

The Court cannot consider unsigned filings. Local Rule 7-131; Fed. R. Civ. P. 11(a). Accordingly, the unsigned motion and opposition is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:**   November 25, 2008                    /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE